AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| SICKEL, JAMES R. | U.S. DISTRICT COURT, E D of WI | 05/12/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| MAGISTRATE JUDGE, PART-TIME | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

125 S. JEFFERSON STREET, #101
P. O. BOX 1626
GREEN BAY, WI 54305-1626

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | SOLE PROPRIETOR | JAMES R SICKEL ATTORNEY |
| 2. | MEMBER | JEFFERSON COURT BUILDING, LLC |
| 3. | MEMBER | JAMKAT, LLC |
| 4. | MEMBER | EASTERN HORIZON, LLC |
| 5. | MEMBER | HURON PROFESSIONAL CENTER, LLC |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SICKEL, JAMES R. | 05/12/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. 2015 | Self-employed, Attorney (James R Sickel Attorney) - Net Loss ($1,985) | $0.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SICKEL., JAMES R. | 05/12/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SICKEL, JAMES R. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Associated Bank Accoutns | B | Interest | O | T | | | | | |
| 2. | JP Morgan Chase Checking Account (Previous Line 58) | | None | K | T | | | | | |
| 3. | BMO Harris Checking Account (Previous Line 61) | A | Interest | M | T | | | | | |
| 4. | Neuberger Berman - Mutual Fund (Previous Line 57) | E | Dividend | O | T | | | | | |
| 5. | First Bancshares, Inc. (Previous Line 56) | A | Dividend | J | T | | | | | |
| 6. | Parnassus Funds (Previous Line 7) | C | Dividend | K | T | | | | | |
| 7. | BAIRD ACCOUNT (Previous Line 8 - 14) | | | | | | | | | |
| 8. | -General Muni Money Mkt | | None | J | T | | | | | |
| 9. | -Dreyfus | A | Dividend | K | T | | | | | |
| 10. | -Insured Deposit | A | Interest | K | T | | | | | |
| 11. | -Calvert Equity CL A | C | Dividend | K | T | | | | | |
| 12. | -Putnam Investors CL A | A | Dividend | J | T | | | | | |
| 13. | STIFEL NICOLAUS ACCOUNT (Previous Line 15 and 16) | | | | | | | | | |
| 14. | -General Money Market | | | | | Merged (with line 15) | 01/01/15 | J | A | |
| 15. | IRA #1 - STIFEL NICOLAUS (Previous Line 17 - 37) | B | Int./Div. | | | Sold | 06/02/15 | K | A | |
| 16. | -Cash | | | | | Sold | 06/02/15 | J | A | |
| 17. | -Money Market Funds | | | | | Sold | 06/02/15 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SICKEL, JAMES R. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -General Motors Company | | | | | Sold | 06/02/15 | J | A | |
| 19. -Immtech Pharmaceutical Inc. | | | | | Sold | 06/02/15 | J | A | |
| 20. -Why USA Financial Group Inc. | | | | | Sold | 06/02/15 | J | A | |
| 21. - Capital Products Partners LP | | | | | Sold | 04/16/15 | J | A | |
| 22. - Capital Products Partners LP | | | | | Sold | 05/01/15 | J | A | |
| 23. -Preferred: Banc California Inc (Formerly First Pactrust Bancorp Inc) | | | | | Sold | 05/01/15 | J | A | |
| 24. - Preferred: Scorpio Tankers Inc. | | | | | Sold | 05/01/15 | J | A | |
| 25. -Bond: ABC Rail Products | | | | | Sold | 06/02/15 | J | A | |
| 26. -Bond: General Motors Corp | | | | | Sold | 06/02/15 | J | A | |
| 27. -Bond: General Motors Corp | | | | | Sold | 06/02/15 | J | A | |
| 28. -Bond: Penney JC Corp Inc | | | | | Sold | 05/01/15 | J | A | |
| 29. -Bond: United States Steel Corp | | | | | Sold | 05/01/15 | J | A | |
| 30. -Mutual Fund: Alpine Global Premier Properties Fund Shares | | | | | Sold | 05/01/15 | J | A | |
| 31. -Mutual Fund: Goldman Sachs MLP Income Opportunities Fund | | | | | Sold | 05/01/15 | J | A | |
| 32. - Ellington Financial LLC | | | | | Sold | 05/01/15 | J | A | |
| 33. -Warrants: General Motors Company | | | | | Sold | 05/01/15 | J | A | |
| 34. -Warrants: General Motors Company | | | | | Sold | 05/01/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SICKEL, JAMES R. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. -Legacy Reserves Ltd Partnership | | | | | Sold | 05/01/15 | J | A | |
| 36. IRA #2 - ASSOCIATED BANK (Previous Line 38) | A | Interest | K | T | | | | | |
| 37. IRA #3 - ASSOCIATED BANK (Previous Line 39) | A | Interest | K | T | | | | | |
| 38. IRA #4 - BMO HARRIS BANK (Previous Line 40) | A | Interest | J | T | | | | | |
| 39. IRA #5 - BMO HARRIS BANK (Previous Line 41) | A | Interest | J | T | | | | | |
| 40. IRA #6 - PRINCIPAL FIN (Previous Nationwide Line 42-44) | A | Dividend | M | T | | | | | |
| 41. -Janus Twenty Fd | | | | | | | | | |
| 42. -Elow Fixed | | | | | | | | | |
| 43. IRA #7 - AMERICAN FUNDS (Previous Line 45 - 54) | B | Dividend | N | T | | | | | |
| 44. -Fundamental Investors C | | | | | Buy (add'l) | 05/22/15 | J | | |
| 45. -Smallcap World Fund C | | | | | Buy (add'l) | 05/22/15 | J | | |
| 46. -American Funds Money Market Fund-C | | | | | | | | | |
| 47. - New World Fund-C | | | | | | | | | |
| 48. -American Balanced Fund-C | | | | | Buy (add'l) | 05/22/15 | J | | |
| 49. -American Funds Money Market Fund-A | | | | | | | | | |
| 50. -Fundamental Investors-A | | | | | | | | | |
| 51. -American Balanced Fund-A | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SICKEL, JAMES R. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Capital World Growth and Income Fund-A | | | | | | | | | |
| 53. JAMKAT, LLC (See Section VIII) (Previous Line 2) | | None | N | S | | | | | |
| 54. JEFFERSON COURT BLDG LLC (See Section VIII) (Previous Line 3) | G | Rent | P1 | S | | | | | |
| 55. EASTERN HORIZONS LLC (See Section VIII) (Previous Line 4) | E | Rent | O | U | | | | | |
| 56. SCHEDULE C INTEREST (Previous Line 5) | A | Interest | | | Merged (with line 1) | 01/01/15 | J | A | |
| 57. HURON PROF CENTER LLC (See Section VIII)(Previous Line 6) | A | Rent | K | U | | | | | |
| 58. FARMAR, LLC (Previous Line 60) | | None | | | Closed | 12/31/15 | J | A | |
| 59. WIS National Life n/k/a Humana Dental (Previous Line 55) | | None | K | T | | | | | |
| 60. Business Vehicle (SEE SECTION VIII) (Previous Line 59) | | | K | V | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SICKEL, JAMES R. | 05/12/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part VII, Page 4, Line #53 JAMKAT, LLC - 100% assessed value $348,700. Property located in Milwaukee, WI and Green Bay, WI.

2) Part VII, Page 4, Line #54 JEFFERSON COURT BLDG, LLC - 100% assessed value $1,998,000. Property located in Green Bay, WI.

3) Part VII, Page 4, Line #55 EASTERN HORIZONS, LLC - Property located in Green Bay, WI.

4) Part VII, Page 4, Line #57 HURON PROFESSIONAL CENTER, LLC - Property located in Green Bay, WI.

5) Part VII, Page 7, Line #60 BUSINESS VEHICLE - Business portion of vehicle used for self-employed business. Value listed at blue book value of $27,600.

| Name of Person Reporting | Date of Report |
|---|---|
| SICKEL, JAMES R. | 05/12/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JAMES R. SICKEL**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544